**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Suli A. Mastorakos, SBN 330383
smastorakos@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, PAMELA PISANI, JENNIFER STEWART and SHERIFF'S SERGEANT RONALD BRIGGS
*Exempt from Filing Fees Pursuant to Government Code § 6103*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MS. PARVIN OLFATI, | CASE NO. 2:22-at-00664 |
| Plaintiff, | **NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION BY DEFENDANTS TO FEDERAL COURT** |
| v. | |
| COUNTY OF SACRAMENTO; PAMELA PISANI; JENNIFER REIMAN; JENNIFER STEWART; SHERIFF'S SERGEANT RONALD BRIGGS; JANE ROE DEFENDANT ONE; JANE ROE DEFENDANT TWO; JANE ROE DEFENDANT 3-100, JOHN DOE DEFENDANTS 1-100, | Complaint Filed: 10/25/21
FAC Filed: 06/10/2022 |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /

{02735646.DOCX}                              1

NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION BY DEFENDANTS TO FEDERAL COURT

**TO PLAINTIFF PARVIN OLFATI AND HER ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE THAT** a Notice of Removal of this action was filed in the United States District Court for the Eastern District of California on June 29, 2022. A copy of said Notice of Removal, Declaration of Suli A. Mastorakos with exhibits, and Civil Case Cover Sheet were served and filed with the Declaration of Service pursuant to FRCP 5(b)(2)(C).

Dated:  June 29, 2022

PORTER SCOTT
A PROFESSIONAL CORPORATION

By _____
    Carl L. Fessenden
    Suli A. Mastorakos
    Attorneys for Defendants

**NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION BY DEFENDANTS TO FEDERAL COURT**

*Olfati v. County of Sacramento et al.*

## DECLARATION OF SERVICE

I am a resident of the United States and of the County, of Sacramento, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 350 University Avenue, Suite 200, Sacramento, California.

I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, after the close of the day's business.

That on the date below, I served the following: **NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION BY DEFENDANTS TO FEDERAL COURT** on all parties in the said action as addressed below by causing a true copy thereof to be served:

| X | **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
|---|---|
|   | **BY PERSONAL SERVICE:** I caused such document to be personally delivered to the person(s) addressed below. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening. |
|   | **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) listed below. I placed the envelope or package for collection and overnight delivery at my office or a regularly utilized drop box of the overnight delivery carrier. |
|   | **BY ELECTRONIC SERVICE**: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed below. |

*Attorney for Plaintiff*
Steven Mark Kamp
STEVEN KAMP LAW OFFICE
22 Petrilli Circle
Sacramento, C 95822
Steve.kamp@comcast.net

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Sacramento, California, on June 29, 2022.

*/s/ Kilina Tellez*

_____
Kilina Tellez