1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   Parvin Olfati,                              No. 2:22-cv-01127-KJM-JDP

12                    Plaintiff,                  ORDER

13        v.

14   County of Sacramento, et al.,

15                    Defendants.

16

17        On July 27, 2022, the parties stipulated to severing and remanding plaintiff's twelfth claim

18   for writ of mandate, and the court effected that stipulation in an order filed August 18, 2022.  ECF

19   No. 27.  The action was then erroneously remanded in its entirety.

20        The Clerk's Office is thus instructed to reopen this action, sever the twelfth claim for writ

21   of mandate, and remand that claim only.  This action otherwise remains pending in this court.  A

22   status (pretrial scheduling) conference is set for **December 15, 2022 at 2:30 p.m.** before the

23   undersigned.  The parties are directed to file a joint status report fourteen (14) days prior to the

24   status conference.

25        IT IS SO ORDERED.

26   DATED:  September 7, 2022.

27   _____
                           CHIEF UNITED STATES DISTRICT JUDGE

1